IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| HARLEYSVILLE MUTUAL INSURANCE COMPANY,<br><br>      Plaintiff,<br><br>v.<br><br>GLENN A. FORD & SON DRILLING CONTRACTOR, GLENN A. FORD & SON DRILLING CONTRACTOR, LLC, GLENN A. FORD AND GLENN D. FORD<br><br>      Defendants,<br><br>v.<br><br>WESTERN MARYLAND SHOWCASE HOMES, INC.<br><br>      Proposed Intervenor. | CIVIL ACTION NO. 3:09-CV-00280 - KRG |

## **WESTERN MARYLAND SHOWCASE HOMES, INC.'S DISCLOSURE STATEMENT**

Western Maryland Showcase Homes, Inc. is a non-governmental corporate party that does not have any parent corporation and no publically held corporation owns 10% or more of its stock.

                                          McNEES WALLACE & NURICK LLC

                                          By    /s/ Jonathan H. Rudd
                                                 Jonathan H. Rudd
                                                 Attorney I.D. No. PA 56880
                                                 100 Pine Street
                                                 P.O. Box 1166
                                                 Harrisburg, PA 17108-1166
                                                 (717) 237-5405
                                                 Fax:  (717) 260-1737
                                                 jrudd@mwn.com

Dated:  August  28, 2010                Attorneys for Proposed Intervenor
                                                          Western Maryland Showcase Homes, Inc.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this date a true and correct copy of the foregoing document was served by the Court's electronic case management system upon the following:

        Brian S. Kane, Esquire
        Dapper, Baldasare, Benson, Behling & Kane
        444 Liberty Avenue
        Four Gateway Center, 10th Floor
        Pittsburgh, PA 15222
        Telephone: (412) 456-5555
        Fax: (412) 456-2109
        Email: bkane@dbbk.com
        Attorney for Harleysville Mutual Insurance Company

        Dwight G. Diehl, Esquire
        117 South Juliana Street
        Bedford, PA 15522
        Telephone: (814) 623-2513
        Fax: (814) 623-6058
        Email: dgdesquire@centurylink.net
        Attorney for Defendants, Glenn A. Ford & Son Drilling
        Contractor, Glenn A. Ford & Son Drilling Contractor, LLC,
        Glenn A. Ford and Glenn D. Ford

         /s/ Jonathan H. Rudd    
           Jonathan H. Rudd

        Attorneys for Proposed Intervenor
        Western Maryland Showcase Homes, Inc.

Dated: August 28, 2010